G. R. COULTER v. JOHN WATT, Chief of Police, et al.

No. A-8843. Dec. 5, 1934.
(38 Pac. [2d] 588.)

W. C. Hall and A. L. Jeffrey, for petitioners.

Harlan Deupree, Municipal Counselor, and A. P. VanMeter, Asst. Municipal Counselor, for respondents.

PER CURIAM. This case presents the same question as Biggs v. John Watt et al., 56 Okla. Cr. 306, 38 Pac. (2d) 587, just decided, and on the authority of that case the writ is awarded, and petitioner discharged.